```
ANNA ELIZABETH RUFFIN       NCB MANAGEMENT SERVICE
3100 PRINCE GEORGE RD       PO BOX 1099
HATTIESBURG, MS 39402       LANGHORNE, PA 19047


THOMAS C. ROLLINS, JR.      NISSAN MOTOR ACCEPTANC
THE ROLLINS LAW FIRM, PLLC  POB 660366
P.O. BOX 13767              DALLAS, TX 75266
JACKSON, MS 39236


AFFIRM                      PORTFOLIO RECOVERY
443 IRVING DR               ATTN: BANKRUPTCY
BURBANK, CA 91504           120 CORPORATE BLVD
                            NORFOLK, VA 23502


AIDVANTAGE                  REGIONS BANKCARD
PO BOX 300001               ATTN: BANKRUPTCY
GREENVILLE, TX 75403        1900 5TH AVE N,
                            HOVER, AL 35203


ALABAMA DEPT OF REVENU      STACY BUNCH
50 N RIPLEY ST              3 TROON
MONTGOMERY, AL 36104        HATTIESBURG, MS 39401



INTERNAL REVENUE SERVI      UPSTART LOAN
CENTRALIZED INSOLVENCY      P.O. BOX 1503
P.O. BOX 7346               SAN CARLOS, CA 94070
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI      US ATTORNEY GENERAL
C/O US ATTORNEY             US DEPT OF JUSTICE
501 EAST COURT ST           950 PENNSYLVANIA AVENW
STE 4.430                   WASHINGTON, DC 20530-0001
JACKSON, MS 39201


JACOB LAW GROUP             VELOCITY INVESTMENT
2623 WEST OXFORD LOOP       1800 NJ-34
OXFORD, MS 38655            #404A
                            WALL TOWNSHIP, NJ 07719



LENDING POINT LLC
1201 ROBERTS BLVD
B200
KENNESAW, GA 30144
```