United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 26-50827-KMS

Anna Elizabeth Ruffin                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                          Page 1 of 2

Date Rcvd: Jul 10, 2026                       Form ID: n031                         Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna Elizabeth Ruffin, 3100 Prince George Rd, Hattiesburg, MS 39402-2342 |
| 5674288 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5674299 | + | Stacy Bunch, 3 Troon, Hattiesburg, MS 39401-8821 |
| 5674302 | | Velocity Investment, 1800 NJ-34, #404A, Wall Township, NJ 07719 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5686003 | | Email/Text: bnc@atlasacq.com | Jul 10 2026 19:16:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5674289 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 10 2026 19:24:06 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5674290 | + | Email/Text: bankruptcy@revenue.alabama.gov | Jul 10 2026 19:16:00 | Alabama Dept of Revenu, 50 N Ripley St, Montgomery, AL 36130-1001 |
| 5674292 | + | Email/Text: ebone.woods@usdoj.gov | Jul 10 2026 19:16:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5674291 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2026 19:16:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5674293 | ^ | MEBN | Jul 10 2026 19:16:21 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5674294 | | Email/Text: Bkynotices@lendingpoint.com | Jul 10 2026 19:16:00 | Lending Point LLC, 1201 Roberts Blvd, B200, Kennesaw, GA 30144 |
| 5674295 | ^ | MEBN | Jul 10 2026 19:16:05 | NCB Management Service, PO Box 1099, Langhorne, PA 19047-6099 |
| 5674296 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 10 2026 19:16:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5674297 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2026 19:24:02 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5680030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2026 19:24:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5675453 | + | Email/Text: newbk@Regions.com | Jul 10 2026 19:16:00 | Regions Bank, P O Box 10063, Birmingham, Al 35202-0063 |
| 5674298 | + | Email/Text: newbk@Regions.com | Jul 10 2026 19:16:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N,, Hover, AL 35203-2610 |
| 5685572 | | Email/Text: bankruptcy@revenue.alabama.gov | Jul 10 2026 19:16:00 | State of Alabama, Department of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |

District/off: 0538-6                                    User: mssbad                                            Page 2 of 2

Date Rcvd: Jul 10, 2026                                 Form ID: n031                                        Total Noticed: 21

| 5674301 | ^ MEBN | | Jul 10 2026 19:16:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
|---|---|---|---|---|
| 5674300 | + Email/Text: UpStart@ebn.phinsolutions.com | | Jul 10 2026 19:16:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5691174 | + Email/Text: peritus@ebn.phinsolutions.com | | Jul 10 2026 19:16:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID       Bypass Reason   Name and Address**
5685161                          Sallie Mae P.O. Box 3319 Wilmington DE 19804

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                     Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anna Elizabeth Ruffin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50827−KMS
**Chapter:**  13

**In re:**

Anna Elizabeth Ruffin
3100 Prince George Rd
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/10/2026 (Dkt. # 15 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 10, 2026

Danny L. Miller, Clerk of Court